1:26-cr-0014
Judge April M. Perry
Magistrate Judge Laura K. McNally
RANDOM / Cat. 4

FILED
1/13/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAFAEL ZARCO-PICAZO | Violation: Title 21, United States Code, Section 841(a)(1) |

### COUNT ONE

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about January 29, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RAFAEL ZARCO-PICAZO,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

The SPECIAL NOVEMBER 2025 GRAND JURY further charges:

On or about January 30, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RAFAEL ZARCO-PICAZO

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Aaron R. Bond on behalf of the
UNITED STATES ATTORNEY